IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSE MARLON GARCIA MENJIVAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NOVA SHORTCRETE AND CONCRETE, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-107 (RDA/LRV) |

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Default Judgment (Dkt. 12) and U.S. Magistrate Judge Lindsey R. Vaala's Report and Recommendation (Dkt. 15) ("R&R"). Magistrate Judge Vaala recommends that default judgment be granted. Dkt. 15.

Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Magistrate Judge Vaala's R&R was August 12, 2025. To date, no objections have been filed. After reviewing the record and Magistrate Judge Vaala's R&R, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the R&R (Dkt. 15); and it is

FURTHER ORDERED that Plaintiffs' Motion for Default Judgment (Dkt. 12) is GRANTED; and it is

FURTHER ORDERED that default judgment is ENTERED in favor of Plaintiffs and against Defendants on Counts I and II and the Complaint; and it is

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

FURTHER ORDERED that Counts III and IV are DISMISSED; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to enter Rule 58 judgment in favor of Plaintiff Eduardo Garcilazo Barerra and against Defendants Nova Shotcrete and Concrete, Inc. and Crystal Blue Aquatics, LLC, jointly and severally, for actual damages in the amount of $84,035.50 ($5,000.00 in unpaid straight time compensation plus $37,017.75 in unpaid overtime compensation plus $42,017.75 in liquidated damages under the FLSA and VWPA); and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to enter Rule 58 judgment in favor of Plaintiff Juvencio Garcilazo Barerra and against Defendants Nova Shotcrete and Concrete, Inc. and Crystal Blue Aquatics, LLC, jointly and severally, in the amount of $68,202.00 ($5,000.00 in unpaid straight time compensation plus $29,101.00 plus $34,101.00 in liquidated damages under the FLSA and VWPA); and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to enter Rule 58 judgment in favor of Plaintiff Jose Marlon Garcia Menjivar and against Defendants Nova Shotcrete and Concrete, Inc. and Crystal Blue Aquatics, LLC, jointly and severally, in the amount of $30,000.30 ($3,000.00 in unpaid straight time compensation plus $12,000.15 in unpaid overtime compensation plus $15,000.15 in liquidated damages under the FLSA and VWPA); and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to enter Rule 58 judgment in favor of Plaintiff Juan Hernandez and against Defendants Nova Shotcrete and Concrete, Inc. and Crystal Blue Aquatics, LLC, jointly and severally, in the amount of $16,520.00 ($2,240.00 in unpaid straight time compensation plus $6,020.00 in unpaid overtime compensation plus $8,260.00 in liquidated damages under the FLSA and VWPA); and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to enter Rule 58 judgment in favor of Plaintiff Neptali Lopez Soriano and against Defendants Nova Shotcrete and Concrete, Inc. and Crystal Blue Aquatics, LLC, jointly and severally, in the amount of $36,240.00 ($3,000.00 in unpaid straight time compensation plus $15,120.00 in unpaid overtime compensation plus $18,120.00 in liquidated damages under the FLSA and VWPA); and it is

FURTHER ORDERED that Plaintiffs are AWARDED attorney's fees in the amount of $11,385.00 and litigation costs in the amount of $530.00, to be paid to Plaintiffs' counsel Zipin, Amster & Greenberg, LLC.

It is SO ORDERED.

Alexandria, Virginia
August 27, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge